# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **In the Matter of the Search of** **INFORMATION, ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS 406-229-1179 and 406-229-1915, THAT IS STORED AT PREMISES CONTROLLED BY AT&T, 11760 U.S. HIGHWAY 1 NORTH PALM BEACH, FL 33408** | MJ 20-25-GF-JTJ **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purpose of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 2nd day of April, 2020.

_____
John Johnston
United States Magistrate Judge